**Ramon GUTIERREZ, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 04–3125.

United States Court of Appeals, Federal Circuit.

Feb. 15, 2005.

## ORDER

Petitioner having filed the required Statement Concerning Discrimination it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

**Linda BLAKEMORE, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 04–3443.

United States Court of Appeals, Federal Circuit.

Feb. 17, 2005.

ON MOTION

## *ORDER*

Linda Blakemore moves without opposition to voluntarily dismiss her petition for review of the decision of the Merit Systems Protection Board in *Blakemore v. Navy*, No. DC–0752–02–0643–I–1, 96 M.S.P.R. 569, 2004 WL 1771016 (July 30, 2004). The Department of the Navy moves without opposition for a 28–day extension of time, until March 15, 2005, to file its brief in 04–3444.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Blakemore's unopposed motion to dismiss 04–3443 is granted.

(2) Each side shall bear its own costs in 04–3443.

(3) The revised official caption for 04–3444 is reflected above.

(4) Navy's motion for an extension of time is granted.